## AFFIDAVIT

Affiant, Galen Beach, Vickie Beach is of lawful age and competent to testify, after having been duly sworn, state as follows based upon affiant's own personal knowledge:

1. It is not now, nor has it ever been, affiant's intent to avoid paying any tax that affiant is legally liable to pay or that affiant lawfully owes.

2. Affiant is not in possession of any document which verifies that defendant has complied with 26 U.S.C §6201(a) by making an assessment of the taxes affiant allegedly owes;

3. Affiant is not in possession of any document which verifies that defendant has complied with 26 U.S.C §6202 by making an assessment of the taxes affiant allegedly owes within the time and mode set forth by the secretary;

4. Affiant is not in possession of any document which verifies that defendant has complied with 26 U.S.C. §6203 by recording an assessment of the taxes affiant allegedly owes;

5. Affiant is not in possession of any document which verifies that defendant has complied with 26 U.S.C. §6203 by furnishing affiant copies of records of assessment upon affiants request;

6. Affiant is not in possession of any document which verifies that defendant has complied with 26 U.S.C. §7214(a) by not attempting and continuing to attempt to collect sums greater than appear on records of assessment;

7. Affiant is not in possession of any document which verifies that affiant owes a "tax" to the United States Treasury.

8. Affiant is not in possession of any document which verifies that the defendant has complied with all collection procedures required by the IRS Code and its regulations.

9. Affiant is not in possession of any document which identifies the authority of the IRS to substitute any other document or form for a Form 23-C (Summary Record of Assessment).

10. Affiant is not in possession of any document which establishes that defendants' agency is willing to reconsider the position it has taken in the voluminous



FILED

JUN - 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

correspondence affiant has received from defendant's agency.

11. Affiant has commenced this action within two (2) years after the date on which the right of this action accrued.

12  Affiant believes there is no possible way that the United States can answer any of the claims made in this pleading.

Dated: _____May 10_____, 2006

_____Galen Beach_____          _____Vickie Beach_____
Galen Beach                    Vickie Beach


By special appearance before me the man and woman published above having sufficient identification is Subscribing and Affirming that he/she in Propria Private Persona Sui Juris by autograph is executing this document. I therefore place my hand and Seal in Witness thereof.

_____Phillip allen dye_____
**Private Notary Term: Indefinite**



**Department of the Treasury**
Internal Revenue Service
1973 North Rulon White Blvd.
Ogden, UT 84201

Taxpayer Identification Number:
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
Form: 1040
Tax Period Ended and Tax Deficiency:
2000  $17,625.00

Date: April 16, 2004

Person to Contact:
Mr. Call

GALEN R BEACH
3228 NORTHWOOD CT
NEWTON KS 67114-8627

Contact Telephone Number:
1-866-899-0083 ext 8662
Employee Identification Number:
0462607872
Refer Reply to:
M/S 4456
Last Date to Respond to this letter:
May 16, 2004

Dear Mr. Beach:

We have no record of receiving your federal income tax return for the year(s) shown above. We have figured the proposed tax and penalties based on information your employers, banks and other payers reported on Forms W-2, W-2P, 1099, etc. We explain the tax and penalties in the enclosed report.

If you agree with the tax and penalties shown in the report, please sign, date and return one copy of the report along with payment for the total payment due. It is to your advantage to pay the total amount now since we will continue to charge interest until the amount you owe is paid in full. If you can't pay the full amount at this time, please call us to discuss how you can pay what you owe.

If you don't agree with the tax and penalties and want us to reconsider this matter, you should provide the reason you didn't file a return and other related information you want us to consider.

Please respond within 30 days from the date of this letter. If we do not hear from you within this time frame we will issue a Notice of Deficiency. A Notice of Deficiency is a legal notice stating the amount of the proposed tax increase and penalties, and explaining your right to file a petition with the United States Tax Court.

If you decide to file a return at this time, please send it to the above address. To help us identify your case, please include this letter with your return. Be sure to include all supporting records. We have enclosed a copy of this letter for your records and an envelope for your convenience.

Under the Privacy Act of 1974, we must tell you that our legal right to ask for this information is Internal Revenue Code sections 6001, 6011, 6012(a) and their regulations. They say that you must furnish us with records of statements for any tax year that you are liable for, including the taxes your employer withheld.

We ask for this information to carry out the Internal Revenue Tax laws of the United States and you are required to give us this information. We may give the information to the Department of Justice for civil and criminal litigation, other Federal agencies, states, cities and the District of Columbia for use in administering their tax laws.

If you do not provide the information we ask for, or provide fraudulent information, the law provides that you

Letter 1862 (OSC) (Rev. 4-2002)

06 1062

FILED

JUN - 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

may be charged penalties and in certain cases, you may be subject to criminal prosecution. We may also have to disallow the exemptions, exclusions, credits, deductions or adjustments shown on the tax return. This could make the tax higher or delay any refund. Interest may also be charged.

We have enclosed Publication 1, Your Rights as a Taxpayer, Publication 5, Your Appeal Rights and How to Prepare a Protest If You Don't Agree, and Publication 594, Understanding the Collection Process, for your information.

If you have any questions, please contact the person whose name and telephone number are shown in the heading of this letter. Thank you for your cooperation.

Sincerely,

*[signature]*

Operations Manager,
Exam SC Support

Enclosures:
Copy of this letter
Envelope
Examination Report (2)
Publication 1
Publication 5
Publication 594
Notice 609
Form 9465

Letter 1862 (OSC) (Rev. 4-2002)

**Department of the Treasury**
Internal Revenue Service
Ogden Customer Service Center
Ogden, Utah 84201

7003 0500 0000 5544 2870

GALEN R BEACH
3228 NORTHWOOD CT
NEWTON, KS 67114-8627288

Letter 1384(SC)
Letter Date: 07/21/2004
Taxpayer Identification Number:
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
Person to Contact:
Dennis L Parizek         29-61699
Contact Telephone Number:
(866) 899-9083
(A Toll Free Number)
Hours to Call: M-F 8AM - 10PM MDT

Last Day to File a Petition with
the U.S. Tax Court:  10/19/2004
(If Outside of U.S.:  12/18/2004)

CERTIFIED MAIL

Tax Year Ended          Dec 31, 2001
Deficiency:
Increase in tax         $15,130.00
Penalties
    IRC 6662(a)         $397.15
    IRC 6651            $2,614.25

Dear Taxpayer:

We found a deficiency in your tax for the tax year(s) shown on the enclosed statement. This increased the amount you owe as shown on the statement. This is your legal Notice of Deficiency.

Even though you are in bankruptcy, you may want to contest this deficiency in the United States Tax Court. However, because bankruptcy law requires that your petition with the tax court be automatically stayed (stopped), you must ask the bankruptcy court to lift the stay before you can file a petition with the Tax Court. You have 90 days from the date of this letter (150 days if this letter is addressed to you outside the United States) plus any additional period provided by section 6213(f)(1) (generally the period the automatic stay is in effect, plus 60 days) to file a petition with the Tax Court.

If we've addressed this letter to both you and your husband or wife and both of you want to petition the Tax Court, you may file a single petition which both of you have signed or you may each file a separate signed petition. If only one of you is in bankruptcy, only that spouse is required to get permission from the bankruptcy court to petition the Tax Court. The time period that the person not in bankruptcy has to petition the Tax Court is not extended by the other person's bankruptcy case.

If you decide to contest our decision, file your petition with the United States Tax Court, 400 Second Street NW, Washington, DC 20217 and attach a copy of this letter. Remember to file on time. The Tax Court won't consider your petition if you file late. You can get a copy of the rules for filing a petition by writing to the Clerk of the United States Tax Court at the address shown above.

The Tax Court provides a simplified procedure for small tax cases-disputes involving $10,000 or less for any one year. You can get information about this procedure by writing to the Clerk of the Tax Court.

You may ask bankruptcy court to determine your tax. However, if the bankruptcy court determines your tax, you can't later ask the Tax Court to redetermine it.

If you decide not to file a petition with the Tax Court, please sign the enclosed waiver and return it in the enclosed envelope. This will allow us to make an assessment. It also can help limit the amount of interest that we add.

If you have questions, please contact the person whose name and telephone number are shown at the top of this letter.

Thank you for your cooperation.

Sincerely yours,

Commissioner

By

*Thomas D Mathews*

Thomas D. Mathews
FIELD DIRECTOR
COMPLIANCE SERVICES, OGDEN

| FORM 5564 | Department of the Treasury - Internal Revenue Service<br>NOTICE OF DEFICIENCY - WAIVER | Symbols<br>Exam MS 4388 |
|---|---|---|

GALEN R BEACH  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
3228 NORTHWOOD CT
NEWTON, KS 67114-8627288

| Kind of Tax | [ ] Copy to Authorized Representative |
|---|---|
| INCOME | |

**DEFICIENCY**
Increase in Tax and Penalties

Tax Year Ended         Dec 31, 2001
Deficiency:
Increase in tax        $15,130.00
  Penalties
    IRC 6662(a)          $397.15
    IRC 6651           $2,614.25

I consent to the immediate assessment and collection of the deficiencies (increase in tax and penalties) shown above, plus any interest. Also, I waive the requirement under section 6532 (a) (1) of the Internal Revenue Code that a notice of claim disallowance be sent to me by certified mail for any overpayment shown on the attached report.

I understand that the filing of this waiver is irrevocable and it will begin the 2-year period for filing suit for refund of the claims disallowed as if the notice of disallowance had been sent by certified or registered mail.

| Signature | | Date |
|---|---|---|
| Signature | | Date |
| By   Signature | Title | Date |

(For instructions, see next page)

If you agree, please sign and return this form; keep a copy for your records.

Form 5564 (Rev. 6-1992)



**Department of the Treasury**
**Internal Revenue Service**
1973 North Rulon White Blvd.
Ogden, UT 84201

Date: April 16, 2004

GALEN R BEACH
3228 NORTHWOOD CT
NEWTON KS 67114-8627

Taxpayer Identification Number:
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
Form: 1040
Tax Period Ended and Tax Deficiency:
2002  $18,643.00

Person to Contact:
Mr. Call

Contact Telephone Number:
1-866-899-9083 ext 8562
Employee Identification Number:
0462607872
Refer Reply to:
M/S 4468
Last Date to Respond to this letter:
May 16, 2004

Dear Mr. Beach:

   We have no record of receiving your federal income tax return for the year(s) shown above. We have figured the proposed tax and penalties based on information your employers, banks and other payers reported on Forms W-2, W-2P, 1099, etc. We explain the tax and penalties in the enclosed report.

   If you agree with the tax and penalties shown in the report, please sign, date and return one copy of the report along with payment for the total payment due. It is to your advantage to pay the total amount now since we will continue to charge interest until the amount you owe is paid in full. If you can't pay the full amount at this time, please call us to discuss how you can pay what you owe.

   If you don't agree with the tax and penalties and want us to reconsider this matter, you should provide the reason you didn't file a return and other related information you want us to consider.

   Please respond within 30 days from the date of this letter. If we do not hear from you within this time frame we will issue a Notice of Deficiency. A Notice of Deficiency is a legal notice stating the amount of the proposed tax increase and penalties, and explaining your right to file a petition with the United States Tax Court.

   If you decide to file a return at this time, please send it to the above address. To help us identify your case, please include this letter with your return. Be sure to include all supporting records. We have enclosed a copy of this letter for your records and an envelope for your convenience.

   Under the Privacy Act of 1974, we must tell you that our legal right to ask for this information is Internal Revenue Code sections 6001, 6011, 6012(a) and their regulations. They say that you must furnish us with records of statements for any tax year that you are liable for, including the taxes your employer withheld.

   We ask for this information to carry out the Internal Revenue Tax laws of the United States and you are required to give us this information. We may give the information to the Department of Justice for civil and criminal litigation, other Federal agencies, states, cities and the District of Columbia for use in administering their tax laws.

   If you do not provide the information we ask for, or provide fraudulent information, the law provides that you

Letter 1862 (OSC) (Rev. 4-2002)

may be charged penalties and in certain cases, you may be subject to criminal prosecution. We may also have to disallow the exemptions, exclusions, credits, deductions or adjustments shown on the tax return. This could make the tax higher or delay any refund. Interest may also be charged.

We have enclosed Publication 1, Your Rights as a Taxpayer, Publication 5, Your Appeal Rights and How to Prepare a Protest If You Don't Agree, and Publication 594, Understanding the Collection Process, for your information.

If you have any questions, please contact the person whose name and telephone number are shown in the heading of this letter. Thank you for your cooperation.

Sincerely,

*[signature]*

Operations Manager,
Exam SC Support

Enclosures:
Copy of this letter
Envelope
Examination Report (2)
Publication 1
Publication 5
Publication 594
Notice 609
Form 9465