Galen Beach
Vickie Beach
2011 Buckboard Drive
Mail/ Post Office Box 46
Newton, KS 67114-0046

---

Clerk of Court
United States District Court
333 Constitution Avenue NW
Washington, DC 20001,

**Re: Galen Beach, Vickie Beach vs United States**
**Case Number 1:06CV01062**
**Judge: Paul L. Friedman**

# Præcipe

1. The enclosed are Affidavits of Service confirmation that the summons and a copy of the complaint captioned above was served by me as ascribed thereon.

Thank you for your assistance in this matter

Date: June 21, 2006

Phillip Dye

*/s/ Phillip Dye*

## AFFIDAVIT OF SERVICE

The United States Government was served by placing the attached summons and a copy of the complaint in an envelope and sending by certified mail return receipt requested (copy attached) pursuant to Rule 4(i)(1) Fed. R. Civ. P. The date of service upon the United States Government as evidenced by the attached Postal green card. The cost of the mailing is $ 6.32.

Certified mail # 7002 2410 0000 0774 0866


To:
Civil Process Clerk
Alberto Gonzales
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

I declare under penalty of perjury under the laws of the United States of America that I am not a party to the above entitled action and that the foregoing information contained in this affidavit of Service and Statement of Service Fees is true and correct.

Date: June 21, 2006

Signature  philip dye

# AFFIDAVIT OF SERVICE

The United States Government was served by placing the attached summons and a copy of the complaint in an envelope and sending by certified mail return receipt requested (copy attached) pursuant to Rule 4(i)(1) Fed. R. Civ. P. The date of service upon the United States Government as evidenced by the attached Postal green card. The cost of the mailing is $6.32

Certified mail # 7002 2410 0000 0774 0859

To:
Civil Process Clerk
Kenneth L. Wainstein
United States Attorney
District of Columbia
501 3rd Street NW
Washington, District of Columbia 20001

I declare under penalty of perjury under the laws of the United States of America that I am not a party to the above entitled action and that the foregoing information contained in this affidavit of Service and Statement of Service Fees is true and correct.

Date: June 21, 2006

Signature *philip clye*

[Postal Service Domestic Return Receipt (PS Form 3811, February 2004) with certified mail article number 7002 2410 0000 0774 0859]