IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GALEN BEACH,  ) | |
| VICKIE BEACH,  ) | |
|     Plaintiffs,  ) | No. 1:06-cv-01062 (PLF) |
| ) | |
| v.  ) | |
| ) | |
| UNITED STATES,  ) | |
|     Defendant.  ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of Beatriz T. Saiz as attorney for the defendant in the above-captioned proceeding.

DATED: August 2, 2006.

                                                  Respectfully submitted,

                                                /s/ Beatriz T. Saiz
                                                BEATRIZ T. SAIZ
                                                Trial Attorney, Tax Division
                                                U.S. Department of Justice
                                                P.O. Box 227
                                                Ben Franklin Station
                                                Washington, DC 20044
                                                Phone/Fax: (202) 307-6585/514-6866
                                                Email: Beatriz T.Saiz@usdoj.gov

OF COUNSEL:
KENNETH L. WAINSTEIN
United States Attorney

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing NOTICE OF APPEARANCE was served upon the following individual(s) on August 2, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

>Galen Beach
>Vickie Beach
>2011 Buckboard Drive
>P.O. Box 46
>Newton, KS 67114


>          /s/ Beatriz T. Saiz
>        BEATRIZ T. SAIZ