IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GALEN BEACH, ) | |
| VICKIE BEACH, ) | |
| Plaintiffs, ) | No. 1:06-cv-01062 (PLF) |
| ) | |
| v.   ) | |
| ) | |
| UNITED STATES, ) | |
| Defendant. ) | |

## ORDER

Having considered the UNITED STATES' MOTION TO DISMISS, the supporting memorandum of points and authorities, any opposition and reply thereto, and the entire record of this proceeding, it is by the Court

ORDERED that the motion is GRANTED;

ORDERED that this action be, and is, DISMISSED; and it is further

ORDERED that the Clerk shall distribute copies of this order to the persons listed below.

SO ORDERED this ____ day of _____ 2006.

_____
UNITED STATES DISTRICT JUDGE

COPIES TO:
BEATRIZ T. SAIZ
Trial Attorney, Tax Division
U. S. Department of Justice
Post Office Box 227
Washington, DC  20044

GALEN BEACH
VICKIE BEACH
2011 Buckboard Drive
P.O. Box 46
Newton, KS 67114