IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GALEN BEACH, ) | |
| VICKIE BEACH, ) | |
|     Plaintiffs, ) | No. 1:06-cv-01062 (PLF) |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES, ) | |
|     Defendant. ) | |

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing MOTION TO DISMISS, supporting MEMORANDUM, and proposed ORDER were served upon the following individual(s) on August 2, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

> Galen Beach
> Vickie Beach
> 2011 Buckboard Drive
> P.O. Box 46
> Newton, KS 67114

       /s/ Beatriz T. Saiz
    BEATRIZ T. SAIZ